CLOSED

**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorney for Plaintiffs, Days Inns Worldwide, Inc., formerly known as Days Inns of America, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as Days Inns of America, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPPORTUNITY OPTIONS, INC., an Indiana Corporation; and DAVID A. CARTER, an individual,<br><br>Defendants. | Civil Action No. 11-cv-2222 FSH-MAH<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc., formerly known as Days Inns of America, Inc. ("DIW"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Opportunity Options, Inc. and David A. Carter (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Verified Complaint in this matter was filed on April 19, 2011, seeking damages as a result of the breach of a license agreement between DIW and Opportunity Options, Inc., and service of a copy of the Summons and Verified Complaint having been effectuated with respect to Defendants via certified and regular mail on July 29, 2011; and Defendants having failed to Answer or otherwise respond to the Verified Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on August 31, 2011 for their failure

Case 2:11-cv-02222-FSH-MAH   Document 13   Filed 02/22/12   Page 6 of 6 PageID: 223

to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 30th day of MARCH, 2012,

**ORDERED, ADJUDGED AND DECREED** that DIW have judgment against Defendants, jointly and severally, in the total amount of $226,820.29 comprised of the following:

(a)  $29,501.53 for Recurring Fees (principal plus prejudgment interest);

(b)  $117,557.49 for actual damages and Satellite Addendum damages;

(c)  $74,027.69 for prejudgment interest on actual damages; and

(d)  $5,733.58 for attorneys' fees and costs; and it is further

_____
FAITH S. HOCHBERG, U.S.D.J.